**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**JOAN O. PEREZ-DOMINGUEZ,**<br><br>**Defendant.** | **PO-26-5101-GF-JTJ**<br><br>**VIOLATION:**<br>**E2840255**<br>**Location Code: M49**<br><br>**ORDER** |

Based upon the United States' motion to dismiss violation E2840255 and for good cause shown,

**IT IS ORDERED** that violation E2840255 is **DISMISSED**.

**IT IS FURTHER ORDERED** that the initial appearance set for September 9, 2026, is **VACATED.**

DATED this 8th day of September 2026.

John Johnston
United States Magistrate Judge